| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Staton, Josephine L. | 2. Court or Organization<br><br>U.S. District Court, Central District of California | 3. Date of Report<br><br>09/07/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Judge-Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>411 W. Fourth Street<br>Santa Ana, CA 92701-4516 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Judicial Advisory Council | Association of Business and Trial Lawyers |
| 2. | Board Member | Federal Bar Association - Orange County Chapter |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | The Art Law Group ("ALG") (self-employed lawyer) |
| 2. 2016 | One LLP (self-employed lawyer) |
| 3. 2016 | Self-employed writer |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Association of Business and Trial Lawyers | 04/01/16-04/03/16 | Carmel, CA | Board Meeting | Lodging & Transportation |
| 2. | Association of Business and Trial Lawyers | 10/02/16-10/9/16 | Kapalua, Maui, HI | Education/Annual Conference | Lodging & Transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | ditech | Mortgage on Rental Property #1, Orange County, CA (Part VII) | M |
| 2. | ALG clients | Client Trust Account | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | IRA #1 (H) | | | | | | | | | |
| 2. | -Ave Maria Rising Dividend Fund | B | Dividend | M | T | | | | | |
| 3. | -First Eagle Overseas Fund Cl 1 | B | Dividend | M | T | | | | | |
| 4. | -First Eagle US Value Fund Cl 1 | A | Dividend | M | T | | | | | |
| 5. | -Janus Balanced Fund Cl J | C | Dividend | M | T | | | | | |
| 6. | -Sterling Capital Stratton Small Cap Value Fund | A | Dividend | M | T | | | | | |
| 7. | -Janus Flexible Bond Fund CLT | A | Dividend | K | T | | | | | |
| 8. | -Charles Schwab Bank (Cash Account) | | None | J | T | | | | | |
| 9. | IRA #2 (H) | | | | | | | | | |
| 10. | -Parnassus Core Equity Fund Investor SH | B | Dividend | M | T | | | | | |
| 11. | -Charles Schwab Bank (Cash Account) | | None | J | T | | | | | |
| 12. | State of California Savings Plus Program (401k/457) (H) | | | | | | | | | |
| 13. | -Large Cap Fund | B | Interest | L | T | | | | | |
| 14. | -Target Date Fund | A | Interest | L | T | | | | | |
| 15. | Schwab 529 College Savings Plan Short Term Portfolio | | None | K | T | | | | | |
| 16. | Schwab 529 College Savings Plan Short Term Portfolio | A | Int./Div. | J | T | Sold (part) | 03/18/16 | J | A | |
| 17. | Schwab 529 College Savings Plan Moderately Aggressive Plan (X) | A | Int./Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Staton, Josephine L. | 09/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. United Health Group | C | Dividend | M | T | | | | | |
| 19. Charles Schwab Bank (Cash Account) | | None | J | T | | | | | |
| 20. Chase Bank (Cash Account) | | None | J | T | | | | | |
| 21. American Express Bank (Cash Account) | B | Interest | K | T | | | | | |
| 22. U.S. Series E Savings Bonds | A | Interest | K | T | | | | | |
| 23. Rental Property #1 Orange County, CA | D | Rent | N | W | | | | | |
| 24. IRA #3 (H) | | | | | | | | | |
| 25. -Rental Property #2 Orange County CA | D | Rent | N | W | | | | | |
| 26. -Custodial Cash | | None | L | T | | | | | |
| 27. First Republic Checking 1 (X) | A | Interest | K | T | | | | | |
| 28. First Republic Savings 1 (X) | A | Interest | K | T | | | | | |
| 29. First Republic Checking 2 (X) | A | Interest | K | T | | | | | |
| 30. First Republic Savings 2 (X) | A | Interest | K | T | | | | | |
| 31. USAA Checking 1 (X) | A | Interest | L | T | | | | | |
| 32. USAA Checking 2 (X) | A | Interest | L | T | | | | | |
| 33. USAA Checking 3 (X) | A | Interest | J | T | | | | | |
| 34. USAA Checking 4 (X) | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Staton, Josephine L. | 09/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. USAA Savings 1 (X) | A | Interest | J | T | | | | | |
| 36. USAA Savings 2 (X) | A | Interest | J | T | | | | | |
| 37. USAA 529 College Plan (H) | | | | | | | | | |
| 38. -USAA Age-Based (14-15) 529 Conservative Portfolio Mutual Fund (X) | A | Int./Div. | M | T | | | | | |
| 39. USAA IRA (H) | | | | | | | | | |
| 40. -USAA Money Market (Cash) Mutual Fund (X) | A | Int./Div. | K | T | | | | | |
| 41. USAA Brokerage (H) | | | | | | | | | |
| 42. -UUSTX Short Term Bond Mutual Fund (X) | A | Int./Div. | M | T | Sold (part) | 02/29/16 | K | A | |
| 43. Fidelity Indiv. Equity (H) | | | | | | | | | |
| 44. -AAPL Stock (X) | A | Int./Div. | | | Sold | 09/26/16 | L | D | |
| 45. -CVX Stock (X) | A | Int./Div. | | | Sold | 09/26/16 | K | D | |
| 46. -BAC Stock (X) | A | Int./Div. | | | Sold | 09/26/16 | J | A | |
| 47. -INTC Stock (X) | A | Int./Div. | | | Sold | 09/26/16 | J | B | |
| 48. -GE Stock (X) | A | Int./Div. | | | Sold | 09/26/16 | K | D | |
| 49. -FRC Stock (X) | A | Int./Div. | | | Sold | 09/26/16 | K | C | |
| 50. -UPS Stock (X) | A | Int./Div. | | | Sold | 09/26/16 | J | C | |
| 51. Fidelity Roth IRA (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Staton, Josephine L. | 09/07/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   -FUSVX Fidelity Mutual Fund (X) | A | Int./Div. | M | T | | | | | |
| 53.   Fidelity Rollover IRA (H) | | | | | | | | | |
| 54.   -FUXVX Fidelity Mutual Fund (X) | A | Int./Div. | M | T | | | | | |
| 55.   Fidelity Indiv. Account (H) | | | | | | | | | |
| 56.   -FDRXX Fidelity Bond Fund (X) | A | Int./Div. | J | T | Sold (part) | 09/27/16 | K | A | |
| 57.   Fidelity Indiv. Account (H) | | | | | | | | | |
| 58.   -Wells Fargo QPIQQ Mutual Fund (X) | A | Int./Div. | J | T | Sold (part) | 09/27/16 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Staton, Josephine L. | 09/07/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII., p.4, line 17: Schwab 529 College Savings Plan Moderately Aggressive Track: Conservative Portfolio appeared on 2015 Financial Dislosure Report on Part VII., p 5, Line 19 as Schwab 529 College Savings Plan Aggressive Portfolio. The change to the "Conservative Portfolio" from the "Aggressive Portfolio" occurred as a result of the Plan's Terms related to investment strategy based on the age of the minor beneficiary of the Plan.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Josephine L. Staton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544